# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDRICK DILLARD,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 76597

FILED

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order "Denying Defendant's Motion to Modify Sentence and/or to Correct Error Sentence/Correct Clerical Error NRS 176.565 & 176.555." Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. William D. Kephart, District Judge
Matthew D. Carling
Edrick Dillard
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk